```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 60040
   NORA B SCOTT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1088

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/26/2006 and was confirmed 12/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
WILLIAM T NEARY              NOTICE ONLY    NOT FILED              .00             .00
JOSEPH A BALDI TRUSTEE       ADMINISTRATIV    1547.00              .00         1547.00
CITY OF CHICAGO PARKING      UNSECURED         454.15              .00          454.15
WELLS FARGO HOME MORTGAG     CURRENT MORTG        .00              .00             .00
INTERNAL REVENUE SERVICE     PRIORITY       NOT FILED              .00             .00
HOUSEHOLD BANK               UNSECURED      NOT FILED              .00             .00
MEDICAL PAYMENT DATA         UNSECURED      NOT FILED              .00             .00
DEPENDON COLLECTION SERV     NOTICE ONLY    NOT FILED              .00             .00
OVERLAND BOND & INVESTME     UNSECURED        5141.21              .00         5141.21
JEFFREY A ALBERT             NOTICE ONLY    NOT FILED              .00             .00
AT & T BANKRUPCTY            UNSECURED      NOT FILED              .00             .00
ASSET ACCEPTANCE CORP        NOTICE ONLY    NOT FILED              .00             .00
SEARS                        UNSECURED      NOT FILED              .00             .00
LVNV FUNDING                 NOTICE ONLY    NOT FILED              .00             .00
WAL MART STORES INC          UNSECURED      NOT FILED              .00             .00
ERNESTO D BORGES JR          DEBTOR ATTY         .00                               .00
TOM VAUGHN                   TRUSTEE                                           500.37
DEBTOR REFUND                REFUND                                            317.27

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,960.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        5,595.36
ADMINISTRATIVE                                   1,547.00
TRUSTEE COMPENSATION                               500.37
DEBTOR REFUND                                      317.27
                       ---------------       ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 60040 NORA B SCOTT
```

```
TOTALS                                  7,960.00              7,960.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 08/27/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```